# U.S. Bankruptcy Court for the Northern District of Illinois
## Attorney Appearance Form

Case Title:  John Somerville
               Ruby Somerville

Case No. 19-10786

An appearance is hereby filed by the undersigned as attorney for:
TJM Portfolio LLC

Attorney name (type or print):   Jon J. Lieberman

Firm:   Sottile & Barile, Attorneys at Law

Street address:   PO Box 476

City/State/Zip:   Loveland, OH 45140

Bar ID Number:   OH 0058394          Telephone Number:   513-444-4100

Email Address:   bankruptcy@sottileandbarile.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status
     ☐ Retained Counsel
     ☐ Appointed Counsel
         If appointed counsel, are you
             ☐ Federal Defender
             ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C. §1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on   April 24, 2019
Attorney signature:   /s/ Jon J. Lieberman
                         (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

# **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that I have served a copy of this Attorney Appearance Form upon the above-named parties by electronic filing or, as noted below, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on April 24, 2019, before the hour of 5:00 p.m.

Andrew B Carroll, Debtors' Counsel
acarroll@semradlaw.com

Marilyn O Marshall, Trustee
courtdocs@chi13.com

Patrick S Layng, U.S. Trustee
ustpregion11.es.ecf@usdoj.gov

John Somerville, Debtor
Ruby Somerville, Debtor
9354 S Phillips
Chicago, IL 60617

Respectfully Submitted,

/s/ Jon J. Lieberman
Jon J. Lieberman (OH 0058394)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor